Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Donald Romine |
| **Docket Number:** | 1:04CR05019-01 |
| **Offender Address:** | Hanford, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | December 13, 2004 |
| **Original Offense:** | 18 USC 2252(a)(4)(B), Possession of Material Involving the Sexual Exploitation of Minors<br>(CLASS D FELONY) |
| **Original Sentence:** | 30 Months BOP; 36 Months TSR; $100 SA. |
| **Special Conditions:** | 1) Search; 2) Mental health program; 3) Co-payment; 4) No access to "on-line" computer service; 5) No contact with minors and shall not loiter within 100 feet of places used by children; 6) Consent to search of computer equipment or device; 7) Shall not possess child pornography; 8) Provide phone records; 9) Consent to third party disclosure; 10) Attend sex offender treatment and therapy program; 11) Register as sex offender in jurisdiction where he resides; 12) Shall register with state sex offender registration; 13) DNA; 14) Shall not possess encryption program; 15) Shall not posses or use a computer with internal and/or external modem. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | July 18, 2011 |
| **Assistant U.S. Attorney:** | David L. Gappa    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Eric Kersten    **Telephone:** (559) 487-5561 |

**RE:     DONALD ROMINE**
**Docket Number:  1:04CR05019-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

<u>07/22/2013</u>:     Probation Form 12A, Report of Offender Non-Compliance submitted to the Court regarding offender being within 100 feet of a park.

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

> **As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.**

**Justification:**     On August 14, 2013, the offender submitted a random urine test which tested positive for methamphetamine use.  Upon questioning, the offender initially denied methamphetamine use; however, he later explained that perhaps he had unknowingly ingested methamphetamine when he had asked a neighbor for a pain pill.  The offender stated his neighbor is a known drug user.

The offender has no known prior methamphetamine use. However, his adult daughter (whom currently resides with the offender) does have an extensive methamphetamine use history.  She is currently on county probation due to a methamphetamine conviction.

As a result of the above-noted urine test, the probation officer would like to place the offender into formal testing to ensure he does not continue illicit drug use.

On August 16, 2013, the undersigned read the Waiver of Hearing to Modify Conditions of Supervision, Probation Form 49, to the offender.  The offender agreed to the modification and signed the document.

RE: **DONALD ROMINE**
   **Docket Number:  1:04CR05019-01**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Therefore, no other Court action is requested at this time.  Should the Court have any questions or need additional information, please do not hesitate to contact this officer.

Respectfully submitted,

/s/ Yasmin Villegas

**YASMIN VILLEGAS**
**United States Probation Officer**
Telephone:  (559) 734-2933

DATED: September 11, 2013
   Visalia, California
   Yv

**REVIEWED BY:**   /s/ Thomas A. Burgess
   **THOMAS A. BURGESS**
   **Supervising United States Probation Officer**

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

IT IS SO ORDERED.

Dated:   September 20, 2013                                                              
                                                                                             SENIOR  DISTRICT  JUDGE